**Russell E. WALKER, Plaintiff Below, Appellant,**

v.

**Darryl A. PARSON and Thomas P. Gordon, Defendants Below, Appellees.**

**No. 247, 2016**

Supreme Court of Delaware.

Submitted: September 23, 2016

Decided: November 14, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. S16C–04–006

AFFIRMED.

■

**Max D. DAVIS,[1] Respondent Below, Appellant,**

v.

**Valerie M. DAVIS, Petitioner Below, Appellee.**

**No. 197, 2016**

Supreme Court of Delaware.

Submitted: September 9, 2016

Decided: November 14, 2016

Court Below—Family Court of the State of Delaware, File No. CK16–01182 Petition No. 16–03058

REVERSED. REMANDED.

1.  The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).